DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARVIN SILVER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-3720

[February 15, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael Rothschild, Judge; L.T. Case No. 08-15125 CF0A.

Marvin Silver, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and MAY, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***